Mark L. Javitch (California SBN 323729)
Javitch Law Office
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705

*Attorney for Plaintiff*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| ADRIAN FASOLINO, an individual,<br>Plaintiff,<br>v.<br>RISEUP FINANCIAL GROUP, LLC, a California Limited Liability Company and ALLEVIATE FINANCIAL SOLUTIONS LLC, a California Limited Liability Company,<br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:25-cv-00255<br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

TO THE COURT AND ALL PARTIES OF RECORD: Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby voluntarily dismisses this entire action, with prejudice, with each side bearing its own costs and attorney's fees. No opposing party has served an answer or a motion for summary judgment.

Dated: August 26, 2025

Respectfully submitted,

By: /s/ Mark L. Javitch

Mark L. Javitch (California SBN 323729)
JAVITCH LAW OFFICE
3 East 3rd Ave. Ste. 200
San Mateo CA 94401
Telephone: (650) 781-8000
Facsimile: (650) 648-0705
mark@javitchlawoffice.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

Filed electronically with the United States District Court for the Western District of Texas CM/ECF system.

Notification was therefore automatically sent through the CM/ECF system to:

- United States District Court for the Western District of Texas
- All counsel of record registered on the electronic service list.

Date: August 26, 2025

By: /s/ Mark L. Javitch
Mark L. Javitch